BERT WHITSON, Appellant, *v.* BENJAMIN BACHRACK et al., Respondents.

(Submitted September 30, 1935; decided October 8, 1935.)

*Irving D. Lipkowitz* and *William H. Lipkowitz* for motion.

*Emil K. Ellis* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.